WEIMER et al. v. ZEVELY, Indian Inspector, et al. (Circuit Court of Appeals, Eighth Circuit. June 1, 1905.) No. 2,195. Appeal from the United States Court of Appeals in the Indian Territory. Charles B. Stuart and James H. Gordon, for appellants. Charles C. Houpt, for appellees. Before VAN DEVANTER, HOOK, and ADAMS, Circuit Judges.

PER CURIAM. The decree of the United States Court of Appeals in the Indian Territory (82 S. W. 941), reversing the decree of the United States

Court for the Central District of the Indian Territory and dismissing the bill of complaint, is affirmed on the authority of Buster v. Wright (C. C. A.) 135 Fed. 947, and Morris v. Hitchcock, 194 U. S. 384, 24 Sup. Ct. 712, 48 L. Ed. 1030.